[No. 12501–3–II.   Division Two.   June 6, 1990.]

JAMES C. STARK, *Appellant,* v. CELOTEX CORPORATION, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 86–2–00401–9, James I. Maddock, J., entered

December 2, 1988. *Affirmed* by unpublished opinion per Faris, J. Pro Tem., concurred in by Alexander, C.J., and Worswick, J. Now published at 58 Wn. App. 940.